UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.    )<br>  )<br>  )<br>JOSHUA DALY,   )<br>  )<br>Defendant.   ) | 4:25CR114 RWS/NCC |

FILED
MAR 1 2 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1. Defendant Joshua Daly ("Defendant Daly") was a resident of St. Louis, Missouri, in the Eastern District of Missouri.

2. Defendant Daly was employed by the United States Postal Service as a mail carrier. Defendant Daly was assigned to the assigned to the Charles J. Coyle Post Office in the Eastern District of Missouri.

3. As a mail carrier, Defendant Daly was tasked with delivering mail to the addresses on his assigned route.

## COUNT 1
**Theft of Mail (18 U.S.C. § 1709)**

On or about January 3, 2025, in the Eastern District of Missouri, the defendant,

**JOSHUA DALY,**

a United States Postal Service employee, did embezzle, steal, abstract and remove a gift card from a letter which had been entrusted to the defendant and which had come into his possession and which was intended to be conveyed by mail, and carried and delivered by any carrier or other

1

employee of the Postal Service, all in violation of Title 18, United States Code, Section 1709.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1708, as set forth in Count 1, the Defendant(s) shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. Subject to forfeiture is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

2.  If any of the property described above, as a result of any act or omission of the Defendant(s):

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without

difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney